IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.  14-cv-03243-MJW

JAMES WILLIAM HANKS,

  Plaintiff,

v.

THE CITY OF RICHMOND, VA,
BROOKE PETTIT, *in her individual capacity*,
THE COMMONWEALTH'S ATTORNEY FOR THE CITY OF RICHMOND, VA,
PATRICIA TUCKER, *extradition specialist for the Commonwealth of Virginia*,
TERRY MCAULIFFE, *Governor of Virginia*,
JOHN W. HICKENLOOPER, *Governor of Colorado*, and
MITCH R. MORRISEY, *the Denver District Attorney, as agent of the State of Virginia*,

  Defendant.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Magistrate Judge Michael J. Watanabe on January 28, 2015, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Order to Show Cause is MADE ABSOLUTE.

FURTHER ORDERED that final judgment is hereby entered in favor of Defendants, The City of Richmond, VA, Brooke Pettit, The Commonwealth's Attorney for the City and County of Richmond, VA, Patricia Tucker, Terry McAuliffe, John W. Hickenlooper, and Mitch R. Morrisey, and against Plaintiff, James William Hanks.  It is

FURTHER ORDERED this case is DISMISSED pursuant to the *Younger* abstention doctrine and Fed. R. Civ. P. 12(b)(1). Defendants are AWARDED their costs under Fe. R. Civ. P. 54(d).

FURTHER ORDERED that plaintiff's Amended Complaint and this civil action are DISMISSED with prejudice.

DATED at Denver, Colorado this  28th  day of January, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ S. Libid
S. Libid,
Deputy Clerk